

# Fourth Court of Appeals
## San Antonio, Texas

October 3, 2014

No. 04-14-00342-CV

Richard A. **RODRIGUEZ**,
Appellant

v.

**JPMORGAN CHASE BANK, N.A.**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2000-CI-12923
Honorable Dick Alcala, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on August 29, 2014. This court granted Appellant's first motion for extension of time to file the brief until September 29, 2014. On September 29, 2014, Appellant filed an unopposed second motion for extension of time to file the brief until October 29, 2014.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court by October 29, 2014. *See* TEX. R. APP. P. 38.6(d).

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of October, 2014.

_____
Keith E. Hottle
Clerk of Court